An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMETRI L. ALEXANDER,
Petitioner,
vs.
SHELLY WILLIAMS, TIME KEEPER;
AND ISIDRO BACA, WARDEN,
Respondents.

No. 65814

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING MOTION

This is a proper person original motion for extraordinary relief. Alexander challenges the computation of time served. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the computation of time served must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(c); NRS 34.738(1). Accordingly, we

ORDER the motion DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23945

cc: Demetri L. Alexander
   Attorney General/Carson City